STEVE W. BERMAN (*pro hac vice*)
SEAN R. MATT (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
*steve@hbsslaw.com*
*sean@hbsslaw.com*

CHRISTOPHER R. PITOUN (SBN 290235)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, California 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
*christopherp@hbsslaw.com*

*Counsel for Plaintiffs and the Class*

[Additional Counsel listed on Signature Page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| LESLEY CONTI, *et al.*, on behalf of themselves and all others similarly situated, | Case No.:  2:19-cv-2160 RGK (ASx) |
| | [*The Honorable Cormac J. Carney*] |
| Plaintiffs, | **JOINT NOTICE OF SETTLEMENT IN PRINCIPLE** |
| v. | |
| AMERICAN HONDA MOTOR CO., INC, a California corporation, | Second Am. Compl. Filed: November 4, 2019 |
| Defendant. | CLASS ACTION |

010811-12 1355120 v1

Plaintiffs and Defendant American Honda Motor Co., Inc. ("AHM") respectfully provide this Notice to the Court that the Parties have reached an agreement in principle, with the valuable assistance and efforts of the Honorable  Dickran M. Tevrizian (ret.) serving as mediator, to fully settle and resolve this action on a class-wide basis.  The Parties have executed a Term Sheet and anticipate formalizing the Term Sheet into a Settlement Agreement, performing confirmatory discovery that will involve review of materials and information by a mutually-agreed upon technical expert who is yet to be retained, obtaining requisite formal approvals through the Honda quality approval process as promptly as practicable, and then moving the Court soon thereafter to grant preliminary approval of the proposed class action settlement.

AHM has agreed to pay reasonable attorneys' fees, costs, and Class Representative Service Awards, as may be mutually agreed by the Parties, or awarded by the Court, with rights reserved. The proposed Settlement, however, is not conditioned upon the Parties reaching an amicable resolution on these issues.  Rather, the Parties will engage in further discussions in an attempt to resolve those remaining issues.   In the event the Parties are unable to resolve their respective differences, the Parties will reserve their respective rights, mutually brief the issues, and agree to submit the issues for the Court to decide at the Court's discretion.

In light of the Settlement in principle, the Parties respectfully request that the Court continue to stay the telephonic status conference.  (Doc. No. 63)

1

Dated: October 2, 2020                    Respectfully submitted,

2

3                                          HAGENS BERMAN SOBOL SHAPIRO LLP

4                                          By */s/ Christopher R. Pitoun*
                                              Christopher R. Pitoun (SBN 290235)
5                                          301 North Lake Avenue, Suite 920
6                                          Pasadena, California 91101
                                           Telephone: (213) 330-7150
7                                          Facsimile:  (213) 330-7152
8                                          *christopherp@hbsslaw.com*

9
                                           Steve W. Berman (*pro hac vice*)
10                                         Sean R. Matt (*pro hac vice*)
11                                         HAGENS BERMAN SOBOL SHAPIRO LLP
                                           1301 Second Avenue, Suite 2000
12                                         Seattle, Washington 98101
                                           Telephone: (206) 623-7292
13                                         Facsimile:  (206) 623-0594
14                                         *steve@hbsslaw.com*
15                                         *sean@hbsslaw.com*

16                                         Jeffrey S. Goldenberg (*pro hac vice*)
17                                         Todd Naylor (*pro hac vice*)
                                           GOLDENBERG SCHNEIDER, LPA
18                                         4445 Lake Forest Drive, Suite 490
19                                         Cincinnati, Ohio 45242
                                           Telephone: (513) 345-8291
20                                         Facsimile:  (513) 345-8294
21                                         *jgoldenberg@gs-legal.com*
                                           *tnaylor@gs-legal.com*
22

23

24

25

26

27

28

010811-12 1355120 v1

| | |
|---|---|
| 1 | John C. Weisensell (*pro hac vice*) |
| 2 | NIEKAMP, WEISENSELL, MUTERSBAUGH & MASTRANTONIO LLP |
| 3 | 23 South Main Street, Third Floor |
| 4 | Akron, Ohio 44308<br>Telephone: (330) 434-1000 |
| 5 | Facsimile:  (330) 434-1001 |
| 6 | *jack@nwm-law.com* |
| 7 | *Attorneys for Plaintiffs* |
| 8 | |
| 9 | Dated: October 2, 2020     Respectfully submitted, |
| 10 | KING & SPALDING LLP |
| 11 | By /s/ *Livia M. Kiser* |
| 12 | Livia M. Kiser (SBN 285411) |
| 13 | 633 W. 5th Street, Suite 1600<br>Los Angeles, California 90071 |
| 14 | Telephone: (213) 443-4355 |
| 15 | Facsimile:  (213) 443-4310<br>*lkiser@kslaw.com* |
| 16 | |
| 17 | Michael B. Shortnacy (SBN 277035)<br>KING & SPALDING LLP |
| 18 | 633 W. 5th Street, Suite 1600 |
| 19 | Los Angeles, California 90071<br>Telephone: (213) 443-4355 |
| 20 | Facsimile:  (213) 443-4310<br>*mshortnacy@kslaw.com* |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Andrew J. Chinsky (pro hac vice)
KING & SPALDING LLP
353 N. Clark Street, 12th Floor
Chicago, Illinois 60622
Telephone: (312) 995-6333
Facsimile:  (312) 995-6330
*achinsky@kslaw.com*

*Attorneys for Defendant*
*American Honda Motor Co., Inc.*

JOINT NOTICE OF SETTLEMENT IN PRINCIPLE
4