FILED
CLERK, U.S. DISTRICT COURT

4/30/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLEY CONTI AND TOM CONTI on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC., a California corporation,<br><br>Defendant. | Case No. 2:19-cv-2160-CJC-GJS<br><br>**ORDER GRANTING JOINT REQUEST FOR 14-DAY EXTENSION TO MOVE FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (DKT. 69)**<br><br>Assigned to Hon. Cormac J. Carney<br><br>Compl. Filed: Mar. 19, 2019<br>Second Am. Compl. Filed: Nov. 4, 2019<br><br><u>CLASS ACTION</u> |

For good cause shown, the Parties' Joint Request for 14-Day Extension to Move for Preliminary Approval of Class Action Settlement is granted. Plaintiffs' Motion for Preliminary Approval of Class Action Settlement shall be filed on or before May 14, 2021.

DATED: April 30, 2021

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE