# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LESLEY CONTI AND TOM CONTI on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC., a California corporation,<br><br>Defendant. | Case No. 2:19-cv-2160-CJC-GJS<br><br>**ORDER GRANTING STIPULATION TO CLARIFY SETTLEMENT CLASS DEFINITION AND TO SELECT NEW DATE FOR FINAL APPROVAL HEARING**<br><br>Assigned to Hon. Cormac J. Carney<br><br>Current Hearing Date:     Sep. 20, 2021<br><br><br>CLASS ACTION |

Having considered the Parties' Joint Stipulation to Clarify Settlement Class Definition and to Select New Date for Final Approval Hearing, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The Settlement Class preliminarily certified in the Court's Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 73) shall be defined as follows:

> All current owners and lessees of the (1) 2018 and 2019 Honda Odyssey vehicles Elite, EX, EX-L, EX-LNR and Touring trim levels; (2) 2019 Honda Pilot vehicles with 2EX-LNR, 2TRG, 2TRG 7P, 4Elite, 4EX, 4EX-L, 4EX-LNR, 4TRG and 4TRG 7P trim levels; and (3) 2019 Honda Passport with 2EX-L, 2TRG, 4Elite, 4EX-L, and 4TRG trim levels (each a "Settlement Class Vehicle"), who reside in, and who purchased or leased their vehicles (other than for purposes of resale or distribution) in the United States, Puerto Rico, and all United States territories, as well as former owners and lessees of Settlement Class Vehicles who submit a Claim. The Settlement Class also includes all United States military personnel who purchased a Settlement Class Vehicle during military duty," subject to the exclusions set forth in paragraph 2.2 of the Settlement Agreement.

2. The Final Approval Hearing regarding the proposed Class Settlement is hereby continued from September 20, 2021 at 1:30 p.m. to January 4, 2022 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: August 4, 2021

_____
Honorable Cormac J. Carney
UNITED STATES DISTRICT JUDGE