UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LESLEY CONTI, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC., a California corporation,<br><br>Defendant. | No. 2:19-cv-2160-CJC-GJS<br><br>Assigned to Hon. Cormac J. Carney<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE UNDER SEAL EXHIBIT 6 OF THE SEAN R. MATT DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS [77]** |

The Court, having considered Plaintiffs' Application to File Under Seal certain portions of Exhibit 6 to the Sean R. Matt Declaration in support of Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards, in addition to the declaration of Catherine Y.N. Gannon submitted to support that application, and good cause appearing therefore, hereby orders that:

Plaintiffs' application to file under seal is GRANTED. The following unredacted document shall be filed under seal pursuant to Local Rule 79-5:

1. Exhibit 6 to the Sean R. Matt Declaration in support of Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards

**IT IS SO ORDERED**.

Dated: November 12, 2021

HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE