STEVE W. BERMAN (*pro hac vice*)
SEAN R. MATT (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
*steve@hbsslaw.com*
*sean@hbsslaw.com*

CHRISTOPHER R. PITOUN (SBN 290235)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, California 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
*christopherp@hbsslaw.com*

*Counsel for Plaintiffs and the Class*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| LESLEY CONTI, et al., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN HONDA MOTOR CO., INC., a California corporation, <br><br> Defendant. | Case Number: 2:19-cv-2160-CJC-GJS <br><br> [*The Honorable Cormac J. Carney*] <br><br> **NOTICE OF LODGING ADDENDUM TO CLASS ACTION SETTLEMENT AGREEMENT AND RELEASE** |

Plaintiffs hereby lodge as Exhibit 1 hereto an Addendum to the Amended Class Action Settlement Agreement and Release ("Agreement") previously filed in this action as ECF No. 71-3. The Addendum was entered into pursuant to and consistent with Section VIII(D)(7.4) of the Agreement to document the Parties' recent agreement related to attorneys' fees, expense reimbursements, and service awards. Section V(C)(5.3) of the Agreement reads in part as follows:

> AHM agrees to pay reasonable attorneys' fees and expense reimbursement to Class Counsel and reasonable service awards to the Named Plaintiffs, as approved by the Court, and as consistent with the provisions of this Settlement Agreement. The Parties have not yet agreed on reasonable amounts for attorneys' fees and reimbursable litigation expenses to be paid to Class Counsel (the "Class Counsel Fees and Expenses Award"). The Parties also have not yet agreed on appropriate amounts for Service Awards for the Named Plaintiffs. The Parties continue to negotiate to reach agreement on Class Counsel Fees and Expenses Award as well as agreement on the amounts of the Service Awards.

The Parties have now reached an agreement on Section V(C)(5.3) of the Amended Class Action Settlement Agreement and Release with respect to the payment of Class Counsel's attorneys' fees, reimbursable litigation expenses, and Service Awards for the Named Plaintiffs. Specifically, Plaintiffs agree to request, and Defendant, based on the facts and circumstances of this litigation, agrees not to oppose the total amount requested by Plaintiffs, as set forth below, as and for attorneys' fees, expense reimbursement, and service awards[1]:

    a.    Attorneys' Fees: $637,659.55

    b.    Expense Reimbursement: $28,845.45

//

---

[1] Defendant takes no position on Plaintiffs' requested allocation or apportionment of the total amount sought to be awarded by the Court.

c.    Service Awards: $50,000.00 (paid as a $10,000.00 single service award to

Lesley and Tom Conti and as $2,000.00 service awards for all other Plaintiffs (with

married Plaintiffs receiving a single award per couple).

Dated:  December 15, 2021          GOLDENBERG SCHNEIDER, LPA

By: */s/ Jeffrey S. Goldenberg*
Jeffrey S. Goldenberg *(pro hac vice)*
GOLDENBERG SCHNEIDER, LPA
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio  45242
Telephone:   (513) 345-8291
Facsimile:   (513) 345-8294
*jgoldenberg@gs-legal.com*

Steve W. Berman (*pro hac vice*)
Sean R. Matt (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington  98101
Telephone:  (206) 623-7292
Facsimile:    (206) 623-0594
*steve@hbsslaw.com*
*sean@hbsslaw.com*

Christopher R. Pitoun (SBN 290235)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, California 91101
Telephone:  (213) 330-7150
Facsimile:    (213) 330-7152
*christopherp@hbsslaw.com*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system and notification of such filing will be sent to all counsel of record.

DATED: December 15, 2021

GOLDENBERG SCHENIDER, LPA

By */s/Jeffrey S. Goldenberg*
    Jeffrey S. Goldenberg